UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80033-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DARRIN LEE PRESSLEY,
    Defendant.
_____/

### ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** come before the court upon the report and recommendation of a United States Magistrate as to defendant Darrin Lee Pressley's motion to suppress evidence for lack of probable cause and request for evidentiary hearing, [DE 41], filed August 26, 2008, and the response filed by the government on September 15, 2008, [DE 48]. The defendant filed a supplemental affidavit to this motion on September 17, 2008, [DE 49]. In accordance with 28 U.S.C. §636 (b)(1)(c), and upon defendant Darrin Lee Pressley's objections to the magistrate's report, [DE 66], filed October 15, 2008, this court conducted a *de novo* review of the matter. Upon such review, the court is in complete accord with the magistrate's findings of fact and conclusions of law as set out in the report and recommendation. Accordingly, it is hereby

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation are **adopted**.

2. The defendant's motion to suppress, [DE 41], is **denied**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __28__ day of October, 2008.

**copy furnished:**
Magistrate Judge Ann E. Vitunac
All counsel of record

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts